**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>Plaintiff,<br><br>v.<br><br>TVISION INSIGHTS, INC.,<br><br>Defendant. | C.A. No. 1:22-cv-01345-CJB<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND TIME**

The parties jointly request that the Court extend the deadline for Plaintiff The Nielsen Company (US), LLC ("Nielsen") to file a motion to strike an affirmative defense that Defendant TVision Insights, Inc. ("TVision") has asserted in its Answer (D.I. 12). The parties also request that the Court extend the deadlines for TVision's opposition and Nielsen's reply. The current and proposed deadlines are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Nielsen's motion to strike TVision's affirmative defense | January 9, 2023 | January 30, 2023 |
| TVision's opposition | January 16, 2023 | February 20, 2023 |
| Nielsen's reply | January 19, 2023 | February 28, 2023 |

No other deadlines are affected by this Motion.

| | |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Nathan R. Hoeschen* |

<div style="display: flex;">

<div>

David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 1901
Telephone: (302) 984-6000
dmoore@potteranderson.com
bpalapura@pottersanderson.com

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin Gaddy
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com

Clifford Katz
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
ckatz@kelleydrye.com

*Attorneys for Plaintiff*
*The Nielsen Company (US), LLC*

Dated:  January 4, 2023
10523374

</div>

<div>

John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  (302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Ajay S. Krishnan
Julia L. Allen
Bailey W. Heaps
Reaghan E. Braun
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
akrishnan@keker.com
jallen@keker.com
bheaps@keker.com
rbraun@keker.com

*Attorneys for Defendant*
*TVision Insights, Inc.*

</div>

</div>

SO ORDERED this _____ day of January, 2023.

                                                  Christopher J. Burke
                                                  United States Magistrate Judge