## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1345-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on February 14, 2023, upon the following attorneys of record at the following addresses as indicated:

    THE NIELSEN COMPANY (US), LLC'S FIRST SET OF REQUESTS FOR
    THE PRODUCTION OF DOCUMENTS AND THINGS

    THE NIELSEN COMPANY (US), LLC'S FIRST SET OF INTERROGATORIES

### VIA ELECTRONIC MAIL

| | |
|---|---|
| John W. Shaw | Ajay S. Krishnan |
| Andrew E. Russell | Bailey W. Heaps |
| Nathan R. Hoeschen | Julia L. Allen |
| SHAW KELLER LLP | Reaghan E. Braun |
| I.M. Pei Building | KEKER, VAN NEST & PETERS LLP |
| 1105 North Market Street, 12th Floor | 633 Battery Street |
| Wilmington, DE 19801 | San Francisco, CA 94111-1809 |
| SKTVision@shawkeller.com | tvision@keker.com |

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Steven Yovits<br>Constantine Koutsoubas<br>Melvin W. Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |

Dated: February 14, 2023
10623509 / 14944-00004