**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | C.A. No. 22-1345-CJB<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF THE NIELSEN COMPANY (US), LLC'S
MOTION TO STRIKE DEFENDANT TVISION INSIGHTS, INC.'S
SIXTH AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT**

Plaintiff The Nielsen Company (US), LLC ("Plaintiff"), by and through its undersigned counsel, respectfully moves to strike Defendant TVision Insights, Inc.'s Sixth Affirmative Defense of Inequitable Conduct (D.I. 21).

The specific grounds for this Motion are set forth in Plaintiff's accompanying letter, submitted contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| Steven Yovits<br>Constantine Koutsoubas<br>Melvin Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel:  (312) 857-7070<br><br>Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800<br><br>Dated:  February 20, 2023<br>10647519 / 14944-00004 | By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |