**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1345-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

The Court, upon consideration of the filings and arguments related to Plaintiff The Nielsen Company (US), LLC's ("Plaintiff") Motion to Strike Defendant TVision Insights, Inc.'s ("Defendant") Sixth Affirmative Defense of Inequitable Conduct ("Motion"), and having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED, this ____ day of _____, 2023, that Plaintiff's Motion is GRANTED.

Accordingly, Defendant's Sixth Affirmative Defense of Inequitable Conduct is stricken.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE

10647522/ 14944-00004