

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

March 20, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

  Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.,* C.A. No. 22-1345-CJB

Dear Judge Burke:

  Pursuant to D. Del. L. R. 7.1.4, defendant TVision Insights, Inc. respectfully requests oral argument on plaintiff The Nielsen Company (US), LLC's Motion to Strike Defendant TVision Insights, Inc.'s Sixth Affirmative Defense of Inequitable Conduct (D.I. 29).

  Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 30, 31 and 34. The reply letter brief was filed on March 13, 2023.

           Respectfully submitted,

           */s/ Andrew E. Russell*

          Andrew E. Russell (No. 5382)

cc: Clerk of Court (by CM/ECF & Hand Delivery)
   All Counsel of Record (by CM/ECF & Email)