IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TONAL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1197-GBW-CJB |
| | ) | CONSOLIDATED |
| IFIT INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DIOGENES LIMITED AND COLOSSUS (IOM) LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-1695-MN-CJB |
| | ) | |
| DRAFTKINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1345-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the Court has received numerous motions challenging the accused infringer's counterclaims and/or affirmative defenses relating to inequitable conduct (hereafter, "inequitable conduct Motions");

WHEREAS, the Court believes that certain efficiencies in resolving the inequitable

conduct Motions are attainable by hearing argument on multiple such motions at essentially the same time;

WHEREAS, the Court seeks to use its limited resources in a manner that may promote the "just, speedy, and inexpensive determination of every action and proceeding[,]" Fed. R. Civ. P. 1.;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Court will hear argument on the following inequitable conduct Motions at a combined hearing on June 6, 2023, beginning at 9:30 a.m.:

    a. D.I. 177 (Motion to Dismiss/Strike) in Civil Action No. 20-1197-GBW-CJB

    b. D.I. 74 (Motion to Dismiss/Strike) in Civil Action No. 21-1695-MN-CJB

    c. D.I. 29 (Motion to Strike) in Civil Action No. 22-1345-CJB

2. The hearing will be held in person in Courtroom 2A.

3. The parties shall submit electronic versions of any slides or other demonstrative materials they may refer to by no later than 4:00 p.m. two days prior to the hearing.

4. Each party in the above-captioned actions must be represented by at least one attorney for the entire duration of the hearing. The Court will subsequently advise the parties of how much time each side/case will have for argument and the order in which each inequitable conduct Motion will be heard.

Dated: April 17, 2023

                                              *Christopher J. Burke*
                                              Christopher J. Burke
                                              UNITED STATES MAGISTRATE JUDGE