# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | C.A. No. 22-1345-CJB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on April 28, 2023, upon the following attorneys of record as indicated below:

    THE NIELSEN COMPANY (US), LLC'S SECOND SET OF REQUESTS FOR
    THE PRODUCTION OF DOCUMENTS AND THINGS

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John W. Shaw<br>Andrew E. Russell<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>SKTVision@shawkeller.com | Ajay S. Krishnan<br>Bailey W. Heaps<br>Julia L. Allen<br>Reaghan E. Braun<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>tvision@keker.com |

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Steven Yovits<br>Constantine Koutsoubas<br>Melvin Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070 | By: */s/ Andrew L. Brown*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |
| Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800 | *Attorneys for Plaintiff The Nielsen Company (US), LLC* |

Dated: May 1, 2023
10781855 / 14944-00004