# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TVISION INSIGHTS, INC.<br><br>　　　　Defendant. | C.A. No. 1:22-cv-01345-CJB |

## STIPULATION TO EXTEND TIME

The Court previously entered a Joint Scheduling Order governing this case. (D.I. 17.) The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Exchange list of claim terms proposed for construction and their proposed constructions | September 1, 2023 | October 6, 2023 |
| Each party serve on the other party proposed constructions for terms regarding which the other party has proposed constructions but the party has not | No Current Deadline | October 19, 2023 |
| Prepare joint claim construction chart and file with the Court; concurrent filing of Motion for Claim Construction | September 15, 2023 | October 31, 2023 |

No other deadlines are affected by this stipulation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| /s/ Andrew L. Brown | /s/ Andrew Russell |
| David E. Moore (#3983) | John W. Shaw (#3362) |
| Bindu A. Palapura (#5370) | Andrew E. Russell (#5382) |
| Andrew L. Brown (#6766) | Nathan R. Hoeschen (#6232) |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | Tel: (302) 298-0701 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| bpalapura@potteranderson.com | arussell@shawkeller.com |
| abrown@potteranderson.com | nhoeschen@shawkeller.com |
| OF COUNSEL: | OF COUNSEL: |
| Steven Yovits | Jason L. Xu |
| Constantine Koutsoubas | RIMON LAW |
| Melvin Gaddy | 1990 K Street, NW, Suite 420 |
| KELLEY DRYE & WARREN LLP | Washigton, DC 20006 |
| 333 West Wacker Drive | (202) 971-9494 |
| Chicago, IL 60606 |  |
| Tel: (312) 857-7070 | Eric Cohen |
|  | RIMON LAW |
| Clifford Katz | 980 N. Michigan Ave., Suite 1400 |
| Jolie Brett Schenerman | Chicago, IL 60611 |
| KELLEY DRYE & WARREN LLP | (312) 878-7131 |
| 3 World Trade Center |  |
| 175 Greenwich Street | *Attorneys for Defendant TVision Insights, Inc.* |
| New York, NY 10007 |  |
| Tel: (212) 808-7800 |  |

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: August 23, 2023
10981931 / 14944-00004

      IT IS SO ORDERED, this \_\_\_\_ day of _____, 2023.

                                                                          Honorable Christopher J. Burke
                                                                         United States Magistrate Judge