IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1345-CJB |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**TVISION INSIGHTS, INC.'S UNOPPOSED MOTION TO AMEND ITS AMENDED ANSWER TO PLEAD A COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), TVision Insights, Inc. ("TVision") hereby moves for leave to amend its Amended Answer (Dkt. 21) to assert a counterclaim for violation of the antitrust laws, tortious interference, and unjust enrichment. Pursuant to Local Rule 15.1, a signed copy of the proposed Amended Answer & Counterclaim is attached as Exhibit 1, and a redlined copy of the amended pleading showing the changes to the Amended Answer is attached as Exhibit 2.

In short, no substantive changes have been made to the Amended Answer (Dkt. 21), except for the addition of the counterclaim.

Counsel for Nielsen has advised that Nielsen does not oppose this motion. The parties have stipulated, subject to approval by this Court, that Nielsen shall have an additional two weeks to answer or otherwise plead to the counterclaim.

The grounds for this motion are as follows:

1. On October 12, 2022, The Nielsen Company (US), LLC ("Nielsen") filed a complaint.

2. On December 19, 2022, TVision filed its answer to Nielsen's complaint.

3. On or about February 8, 2023, TVision filed its amended answer to Nielsen's complaint. (Dkt. 21.)

4. Under the scheduling order in this case, the deadline for filing motions to amend pleadings is October 13, 2023.

5. On Monday, October 9, 2023, counsel for TVision sent an email to counsel for Nielsen, attaching a proposed counterclaim under the antitrust laws, requesting that counsel for Nielsen advise if Nielsen would oppose TVision's motion to file the counterclaim in this case. On October 12, 2023, counsel for Nielsen advised that Nielsen would not oppose TVision's motion to file its counterclaim, if TVision would agree that Nielsen could have a two-week extension of time to answer or otherwise plead. TVision agreed to the proposed extension.

WHEREFORE, TVision respectfully requests the Court to enter the attached order and to deem TVision's counterclaim filed as of the date the order is entered.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Andrew E. Russell |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Jason Xu | Nathan R. Hoeschen (No. 6232) |
| RIMÔN LAW P.C. | SHAW KELLER LLP |
| 1990 K. Street, NW, Suite 420 | I.M. Pei Building |
| Washington, DC 20006 | 1105 North Market Street, 12th Floor |
| (202) 470-2141 | Wilmington, DE 19801 |
|  | (302) 298-0700 |
| Eric C. Cohen | jshaw@shawkeller.com |
| RIMÔN LAW P.C. | arussell@shawkeller.com |
| P.O. Box B113 | nhoeschen@shawkeller.com |
| 150 Fayetteville St, Suite 2800 | *Attorneys for Defendant* |
| Raleigh, NC 27601-2960 | *TVision Insights, Inc.* |
| (984) 960-2860 |  |

Michael F. Heafey
RIMÔN LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
(650) 461-4433

Dated: October 13, 2023