## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1345-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff The Nielsen

Company (US), LLC ("Plaintiff") and Defendant TVision Insights, Inc. ("Defendant"), subject to

the approval of the Court, that Plaintiff's time to answer, move, or otherwise respond to

Defendant's Amended Answer and Counterclaim  (D.I. 68) shall be extended to November 21,

2023.

POTTER ANDERSON & CORROON LLP              SHAW KELLER LLP

By: */s/ Andrew L. Brown*                   By: */s/ Andrew E. Russell*
　　David E. Moore (#3983)                     　　John W. Shaw (No. 3362)
　　Bindu A. Palapura (#5370)                   　　Andrew E. Russell (No. 5382)
　　Andrew L. Brown (#6766)                     　　Nathan R. Hoeschen (No. 6232)
　　Hercules Plaza, 6th Floor                   　　I.M. Pei Building
　　1313 N. Market Street                        　　1105 North Market Street, 12th Floor
　　Wilmington, DE  19801                        　　Wilmington, DE 19801
　　Tel:  (302) 984-6000                         　　(302) 298-0700
　　dmoore@potteranderson.com                    　　jshaw@shawkeller.com
　　bpalapura@potteranderson.com                 　　arussell@shawkeller.com
　　abrown@potteranderson.com                    　　nhoeschen@shawkeller.com

*Attorneys for Plaintiff The Nielsen Company*       *Attorneys for Defendant TVision Insights, Inc.*
*(US), LLC*

Dated:  October 17, 2023
11112524 / 14944-00004

IT IS SO ORDERED, this _____ day of _____, 2023.

_____

Honorable Christopher J. Burke
United States Magistrate Judge