## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )<br>  )<br>   Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>TVISION INSIGHTS, INC.,  )<br>  )<br>   Defendant.  )  | C.A. No. 22-1345-CJB<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND PROPOSED ORDER REGARDING CLAIM CONSTRUCTION**

WHEREAS, on October 12, 2022, Plaintiff The Nielsen Company (US), LLC ("Plaintiff") filed its Complaint (D.I. 1) asserting infringement of United States Patent No. 11,470,243 ("the '243 Patent");

WHEREAS, on January 24, 2023, the Court entered the Scheduling Order (D.I. 17) setting certain dates for determining construction of disputed claim terms; and

WHEREAS, the parties have met and conferred and have agreed not to propose any claim terms for the Court to construe;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court:

1. The following dates shall be stricken from the Scheduling Order (as modified by the Stipulation to Extend Time (D.I. 58)):

| Event | Date |
|---|---|
| Prepare joint claim construction chart and file with the Court; concurrent filing of Motion for Claim Construction | October 31, 2023 |
| Plaintiff's opening claim construction brief | December 11, 2023 |
| Defendant's answering claim construction brief | January 12, 2024 |
| Plaintiff's reply claim construction brief | January 31, 2024 |

| Defendant's sur-reply claim construction brief | February 14, 2024 |
|---|---|
| File joint claim construction brief; parties provide optional technology tutorials to the Court; parties notify the Court: (i) whether they request leave to present testimony at claim construction hearing; (ii) the amount of time they request be allocated to them for the hearing; and (iii) the order in which they intend to present the claim terms at issue, including which side will present first for each term | February 21, 2024 |
| Parties provide optional written comments on opposing parties' technology tutorials (seven days after joint claim construction brief) | February 28, 2024 |
| Claim Construction Hearing | March 14, 2024 |

POTTER ANDERSON & CORROON LLP

By:  */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated:  October 30, 2023
11138542 / 14944.00004

SHAW KELLER LLP

By:  */s/ Andrew E. Russell*
    John W. Shaw (No. 3362)
    Andrew E. Russell (No. 5382)
    Nathan R. Hoeschen (No. 6232)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    jshaw@shawkeller.com
    arussell@shawkeller.com
    nhoeschen@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*

IT IS SO ORDERED, this \_\_\_\_ day of _____, 2023.

                                              Honorable Christopher J. Burke
                                              United States Magistrate Judge