IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1345-CJB |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant TVision Insights, Inc. ("TVision") to respond to Plaintiff's Motion to Dismiss Defendant's Counterclaims (D.I. 76), is extended through and including December 19, 2023. The parties further stipulate that, the deadline for Plaintiff to file their reply will be extended through and including January 12, 2023.

| | |
|---|---|
| */s/ Andrew L. Brown* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Andrew L. Brown (No. 6766) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (No. 5370) | Nathan R. Hoeschen (No. 6232) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| abrown@potteranderson.com | arussell@shawkeller.com |
| bpalapura@potteraderson.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: November 30, 2023

1

SO ORDERED this _____ day of _____, 2023.

                                                                                                                                            _____
                                                                                                                                            United States District Court Judge