# Exhibit A

## **Joint Proposed Revised Schedule**

| Event | Agreed Proposed Date |
|---|---|
| Complete document production on all counterclaim issues | October 10, 2025 |
| Close of fact discovery on all counterclaim issues, except those relating to the '243 patent | April 25, 2026 |
| Close fact discovery on all issues relating to the '243 patent | 120 days following the issuance of the mandate on Nielsen's appeal |
| Opening expert reports | 180 days after the issuance of the mandate |
| Rebuttal expert reports | 210 days after the issuance of the mandate |
| Reply expert reports | 240 days after the issuance of the mandate |
| Close of expert discovery | 300 days after the issuance of the mandate |
| File dispositive and Daubert motions | 345 days after the issuance of the mandate |
| Hearing on dispositive and Daubert motions | To be set after the issuance of the mandate |
| Pretrial conference | To be set after the issuance of the mandate |
| Trial | To be set after the issuance of the mandate |