**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1345-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION REGARDING**
**PLAINTIFF'S RE-FILING OF PLAINTIFF'S**
**MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") (together, "the Parties") stipulate and agree, subject to the approval of the Court, as follows:

- D.I. 76 and 77 (Plaintiff's Motion to Dismiss Defendant's Counterclaim and Plaintiff's Opening Brief in Support of its Motion to Dismiss Defendant's Counterclaim) are renewed and deemed refiled as of the date of this Stipulation;

- D.I. 80 and 82 (Opposition of TVision Insights, Inc. to Plaintiff's Motion to Dismiss Defendant's Counterclaim and redacted public version thereof) are renewed and deemed refiled as of the date of this Stipulation; and

- D.I. 84 (Plaintiff's Reply Brief in Support of Its Motion to Dismiss Defendant's Counterclaim) is renewed and deemed refiled as of the date of this Stipulation.

The Parties respectfully submit that Plaintiff's Motion to Dismiss Defendant's Counterclaim is now ready for the Court's consideration in due course.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore* <br>    David E. Moore (#3983) <br>    Bindu A. Palapura (#5370) <br>    Andrew M. Moshos (#6685) <br>    Hercules Plaza, 6th Floor <br>    1313 N. Market Street <br>    Wilmington, DE  19801 <br>    Tel:  (302) 984-6000 <br>    dmoore@potteranderson.com <br>    bpalapura@potteranderson.com <br>    amoshos@potteranderson.com | By: */s/ Andrew E. Russell* <br>    John W. Shaw (No. 3362) <br>    Andrew E. Russell (No. 5382) <br>    Nathan R. Hoeschen (No. 6232) <br>    I.M. Pei Building <br>    1105 North Market Street, 12th Floor <br>    Wilmington, DE 19801 <br>    (302) 298-0700 <br>    jshaw@shawkeller.com <br>    nhoeschen@shawkeller.com <br>    arussell@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | *Attorneys for Defendant TVision Insights, Inc.* |

Dated: February 12, 2025
12045059 / 14944-00004


IT IS SO ORDERED this _____ day of _____, 2025.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE