**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1345-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO DISMISS**
**DEFENDANT'S COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Plaintiff The Nielsen Company (US), LLC respectfully moves the Court to dismiss with prejudice Defendant TVision Insights, Inc.'s Counterclaims. D.I. 68 (Counts 1-5). The grounds for this motion are set forth more fully in D.I. 77 and D.I. 84, Plaintiff's Opening and Reply briefs.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

OF COUNSEL:

Steven Yovits
Douglas Lewis
Constantine Koutsoubas
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: February 13, 2025
12045958/14944.00004

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1345-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S ANTITRUST COUNTERCLAIMS**

The Court, having reviewed and considered Plaintiff's Motion to Dismiss and the responsive filings, finds that the Motion should be granted. Accordingly, it is hereby **ORDERED, ADJUGED, AND DECREED** that the Motion is **GRANTED** and Defendant's counterclaims are **DISMISSED WITH PREJUDICE**.

Date: ____________________

_______________________________
United States Magistrate Judge