**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

Potter Anderson

David E. Moore
Partner
dmoore@potteranderson.com
Direct 302.984.6147

February 13, 2025

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
C.A. No. 22-1345-CJB

Dear Judge Burke:

Plaintiff The Nielsen Company (US) LLC ("Nielsen") respectfully asks the Court to stay discovery in this case pending the resolution of Plaintiff's Motion to Dismiss Defendant's Counterclaim (the "Motion to Dismiss") (D.I. 118). Pursuant to the parties' Stipulation (D.I. 115, so ordered 2/13/25) and the Court's related Order (D.I. 117), the Motion to Dismiss is now ready for the Court's consideration.

TVision's Counterclaim contains 122 paragraphs and alleges five separate and independent Counts that encompass a wide variety of factual and legal issues. Nielsen submits that the Motion to Dismiss – even if it is only partly granted – has the potential to substantially narrow the issues in this case.

Accordingly, and in keeping with the Court's statement during the February 10, 2025 hearing, Nielsen respectfully asks the Court to set a briefing schedule on this matter.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/12045971/14944.00003

cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic mail)