## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1345-CJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on February 21, 2025, upon the following attorneys of record as indicated below:

    THE NIELSEN COMPANY (US), LLC'S FOURTH SET OF INTERROGATORIES

    THE NIELSEN COMPANY (US), LLC'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

### VIA ELECTRONIC MAIL

John W. Shaw
Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
SKTVision@shawkeller.com

Michael F. Heafey
RIMON LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
michael.heafey@rimonlaw.com

Jason Xu
RIMON LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
jason.xu@rimonlaw.com


Eric C. Cohen  **(PHV)**
RIMON LAW
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
Tel: (302) 960-2860
eric.cohen@rimonlaw.com

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| Steven Yovits | By: */s/ David E. Moore* |
| Douglas Lewis | David E. Moore (#3983) |
| Jason Greenhut | Bindu A. Palapura (#5370) |
| Constantine Koutsoubas | Hercules Plaza, 6th Floor |
| KELLEY DRYE & WARREN LLP | 1313 N. Market Street |
| 333 West Wacker Drive | Wilmington, DE  19801 |
| Chicago, IL 60606 | Tel:  (302) 984-6000 |
| Tel:  (312) 857-7070 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Clifford Katz |  |
| KELLEY DRYE & WARREN LLP | *Attorneys for Plaintiff The Nielsen Company (US), LLC* |
| 3 World Trade Center |  |
| 175 Greenwich Street |  |
| New York, NY 10007 |  |
| Tel:  (212) 808-7800 |  |

Joshua Long
Kelley Drye & Warren LLP
515 Post Oak Boulevard
Houston, TX 77027
Tel: (713) 355-5000

Dated: February 21, 2025
12066064 / 14944-00004