# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,           )<br>                                                                )<br>            Plaintiff,                                   )<br>                                                                )   C.A. No. 22-1345-CJB<br>      v.                                                      )<br>                                                                )   **JURY TRIAL DEMANDED**<br>TVISION INSIGHTS, INC.,                        )<br>                                                                )<br>            Defendant.                              )| |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on June 27, 2025, upon the following attorneys of record as indicated below:

> PLAINTIFF THE NIELSEN COMPANY (US) LLC'S AMENDED INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)
>
> THE NIELSEN COMPANY (US), LLC'S FIFTH SET OF INTERROGATORIES
>
> THE NIELSEN COMPANY (US), LLC'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John W. Shaw<br>Andrew E. Russell<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>SKTVision@shawkeller.com | Jason Xu<br>RIMON LAW P.C.<br>1990 K. Street, NW, Suite 420<br>Washington, DC 20006<br>jason.xu@rimonlaw.com |

Michael F. Heafey
RIMON LAW P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
michael.heafey@rimonlaw.com

Eric C. Cohen
RIMON LAW
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
Tel: (302) 960-2860
eric.cohen@rimonlaw.com

OF COUNSEL:

Steven Yovits
Douglas Lewis
Jason Greenhut
Constantine Koutsoubas
William C. Macleod
Matthew Kennison
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Joshua Long
KELLEY DRYE & WARREN LLP
515 Post Oak Boulevard
Houston, TX 77027
Tel: (713) 355-5000

Dated: June 27, 2025
12332958 / 14944-00004

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*