IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1345-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DISMISSAL OF COUNTERCLAIMS**
**WITHOUT PREJUDICE PURSUANT TO RULE 41**

Pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, counterclaim-plaintiff TVision Insights, Inc. ("TVision") provides notice that it is hereby dismissing, without prejudice, all of TVision's counterclaims in this action (D.I. 68, Counts I-V) against counterclaim-defendant The Nielsen Company (US), LLC ("Nielsen").

Nielsen has not filed either an answer or a motion for summary judgment in this matter.

|  |  |
|---|---|
| | /s/ Andrew E. Russell |
| | Andrew E. Russell (No. 5382) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Jason Xu | 1105 North Market Street, 12th Floor |
| RIMÔN LAW P.C. | Wilmington, DE 19801 |
| 1990 K. Street, NW, Suite 420 | (302) 298-0700 |
| Washington, DC 20006 | arussell@shawkeller.com |
| (202) 470-2141 | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant* |
| Eric C. Cohen | |
| RIMÔN LAW P.C. | |
| 4030 Wake Forest Road, Suite 300 | |
| Raleigh, NC 27609 | |
| (984) 960-2860 | |

Steig D. Olson
Sami H. Rashid
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

Patrick D. Curran
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
11 Huntington Avenue, Suite 5200
Boston, MA 02199
(617) 712-7100

Adam B. Wolfson
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Benjamin D. Brown
Richard A. Koffman
Daniel McCuaig
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave NW, Suite 800
Washington, DC  20005
(202) 408-4600

Dated: December 17, 2025